IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30854
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GILBERTO IZQUIERDO CRUZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 92-CR-577-E
- - - - - - - - - -
July 18, 1997
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

    Gilberto Izquierdo Cruz appeals his new sentence imposed
after the grant of his motion pursuant to 28 U.S.C. § 2255 and
his guilty-plea conviction on four counts of distribution of
cocaine.  He challenges the computation of his offense level
under U.S.S.G. § 2D1.1(a)(3), based on the quantity of cocaine
involved in the offense, and the four-level increase in his

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

offense level under § 3B1.1(a) because of his role in the offense as a leader or organizer.

We have reviewed the record and briefs and conclude that the findings of the district court are not clearly erroneous. United States v. Puig-Infante, 19 F.3d 929, 942 (5th Cir. 1994); United States v. Wilder, 15 F.3d 1292, 1299 (5th Cir. 1994). The judgment of the district court is AFFIRMED.